**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 15-mc-00065-CMA-MJW

CINDA DAGGETT,

    Movant,

v.

MAXCIMO SCOTT,
JAY ENSOR,
MATTHEW MEDINA,
EUFEMIA JIMENEZ,
KRYSTAL PARKER,
STACY HIGGS, and
CHRISTINA JEWEL GATELY,
*on behalf of themselves and all others similarly situated*,

    Respondents.

---

**ORDER ADMINISTRATIVELY CLOSING CASE**

---

On May 26, 2015, Magistrate Judge Watanabe entered an Order that (1) granted in part and denied in part Movant Cinda Daggett's Motion to Quash or Modify Subpoena to Testify at a Deposition (Doc. # 1), (2) denied as moot Chipotle Mexican Grill, Inc.'s and Chipotle Services, LLC's Motion to Quash Subpoena and Deposition of Cinda Daggett (Doc. # 3), and (3) denied Respondents' Motion to Transfer the Subpoena Motions to the United States District Court for the Southern District of New York (Doc. # 11).  (Doc. # 23.)

There being no further relief requested by the parties at this time, the Court finds this case should be administratively closed pursuant to D.C.COLO.LCivR 41.2, with leave to be reopened for good cause shown. Accordingly, it is

ORDERED that the Clerk of the Court shall ADMINISTRATIVELY CLOSE this action pursuant to D.C.COLO.LCivR 41.2.

IT IS FURTHER ORDERED that the parties shall have leave to file a request to reopen for good cause shown.

DATED:    May 29, 2015

BY THE COURT:

_____

CHRISTINE M. ARGUELLO
United States District Judge